UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

William R. Mink,                                            Civil No. 07-4958 (DWF/SER)

               Plaintiff,

v.                                                  **ORDER ADOPTING REPORT**
                                                        **AND RECOMMENDATION**

Wyeth, Inc., and Wyeth
Pharmaceuticals, Inc.,

               Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Steven E. Rau dated October 14, 2014. (Doc. No. 26.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Steven E. Rau's October 14, 2014 Report and Recommendation (Doc. No. [26]) is **ADOPTED**.

2. Plaintiff's Motion for Leave to Amend Complaint to Add a Claim for Punitive Damages (Doc. No. [8]) is **DENIED WITHOUT PREJUDICE**.

3. This action is **TRANSFERRED** to the United States District Court for the Southern District of Indiana.

Dated: November 20, 2014     s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              United States District Judge